*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

August 19, 2019

No. 04-19-00449-CV

**IN RE V.A.G., CHILDREN**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01486
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on August 13, 2019. On August 13, 2019, appellant filed a motion requesting an extension of time to file the brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id*.

The motion is GRANTED, and appellant's brief must be filed no later than September 3, 2019. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

/s/Rebeca C. Martinez
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

/s/Keith E. Hottle
Keith E. Hottle,
Clerk of Court